JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,<br><br>        Plaintiff,<br><br>  vs.<br><br>COMBINED CARRIERS CO. dba MACHINE CARRIERS, a business entity and DOES 1 through 10, inclusive,<br><br>        Defendants. | **Case No. CV 14-07298-GW(AJWx)**<br><br>**ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL OF THE ACTION WITH PREJUDICE** |

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

The stipulation of plaintiff Union Fire Insurance Company of Pittsburgh, Pennsylvania and defendant Combined Carriers Co. dba Machine Carriers came on for consideration by the Honorable George Wu. The Court, having considered the parties' stipulation under Federal Rule of Civil Procedure 41(a)(2), hereby dismisses the entire action, with prejudice, with each party to bear its costs and fees.

IT IS SO ORDERED.

Dated: August 31, 2015              _____/s/ George H. Wu_____
                                    GEORGE H. WU, U.S. District Judge